922

No. 690, Misc. GRIFFIN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 702, Misc. SWITZER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Walter H. Maloney* and *Llewellyn A. Luce* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *William J. Schafer, III,* for the United States.

No. 708, Misc. LEICK *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. *Charles Ginsberg* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John W. Patterson* and *John B. Barnard, Jr.,* Assistant Attorneys General, for respondent.

No. 735, Misc. JOHNSON *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 737, Misc. DREHER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 751, Misc. JORDAN *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied. *W. Edward Morgan* for petitioner.

No. 788, Misc. BYRD *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.